401 A.2d 1237

Eugene D. ERNST, Appellant,

v.

Jayne M. ERNST.

Superior Court of Pennsylvania.

Argued March 12, 1979.

Decided April 17, 1979.

Luther E. Milspaw, Jr., Harrisburg, for appellant.

County court. The court went on to hold in dictum that the prior rule is applicable only in cases in which the evidence presented is "sufficient . . . to establish proper venue." *Commonwealth ex rel. Chatary v. Nailan, supra,* at 416 Pa. at 285, 206 A.2d at 46. The court did not cite *Commonwealth v. Lawrence, supra,* a case analogous to the instant appeal in which the issue of venue was not specifically raised, no specific evidence was presented on that issue, and the evidence, that was presented, unlike that in *Chatary,* did not raise a question regarding the situs of the offense. Nevertheless, the supreme court in *Lawrence* held that "[i]n the absence of uncontradicted evidence to the contrary" the usual presumption applies and a conviction serves to establish venue. *Commonwealth v. Lawrence, supra,* 282 Pa. at 133, 127 A. at 467; *see Commonwealth v. Voci, supra.*

In light of the uncertainty surrounding the court's dictum in *Chatary,* we decline to rule whether the presumption serves as an alternative basis to affirm the judgment in the court below.

334

Charles E. Wasilefski, Harrisburg, for appellee.

Before SPAETH, HESTER, and MONTGOMERY, JJ.

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused to grant a decree in divorce in this case.

401 A.2d 1333

EASTON THEATRES, INC., Appellant,

v.

WELLS FARGO LAND AND MORTGAGE CO., INC., and Northeastern National Land Co., Inc., Individually and d/b/a 25th Street Shopping Center.

WELLS FARGO LAND AND MORTGAGE CO., INC., Appellant,

v.

EASTON THEATRES, INC., Appellees.

Superior Court of Pennsylvania.

Argued June 15, 1978.

Decided April 12, 1979.

Petition for Allowance of Appeal Granted Oct. 10, 1979.